The judgment is reversed and the cause remanded.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## HODGE v. STATE.
### No. 20319.

Court of Criminal Appeals of Texas.
March 29, 1939.

John S. Simmang, of Giddings, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Appellant was convicted for accepting a bribe, his punishment assessed at two years in the penitentiary. The specific charge against appellant was that he was a member of the board of trustees of a designated school district in Lee County, Texas, and as such trustee accepted a bribe under his promise to vote for a certain named party as a teacher in said school. Appellant entered a plea of guilty and punishment was assessed as heretofore indicated.

The record contains no statement of facts or bills of exception. The indictment appears to be sufficient to charge the offense. Nothing is presented for review.

The judgment is affirmed.